```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARLINE J. THORNTON,

                        Plaintiff,
                                                                    ORDER
            -against-                                               19-CV-05108 (JMA) (AYS)

GOOD SAMARITAN MEDICAL CENTER,
Hospital & Health Care, ISLAND HEALTH CARE
ASSOC., Medical Office, DR. ANTHONY GUIDA,

                        Defendants.
----------------------------------------------------------------X
```
**JOAN M. AZRACK, District Judge:**

On September 6, 2019, plaintiff Carline J. Thornton ("plaintiff") filed a *pro se* complaint on the Court's employment discrimination complaint form against Good Samaritan Medical Center, Island Health Care Assoc., and Dr. Anthony Guida (collectively, "defendants") pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII"). Accompanying the complaint is an application to proceed *in forma pauperis*.

Upon review of the declaration accompanying plaintiff's application to proceed *in forma pauperis*, the Court finds that plaintiff is qualified to commence this action without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a) (1). Accordingly, plaintiff's request to proceed *in forma pauperis* is GRANTED.

IT IS HEREBY ORDERED that plaintiff is granted leave to file the complaint without prepayment of the filing fee or security therefor; and IT IS FURTHER ORDERED that the Clerk of Court must forward to the United States Marshal Service for the Eastern District of New York copies of plaintiff's summonses, complaint and this Order for service upon defendants without prepayment of fees; and

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to the plaintiff.

**SO ORDERED.**

Dated: September 13, 2019
Central Islip, New York

____/s/ (JMA)_____
Joan M. Azrack
United States District Judge